## The Town of Brazil v. Michaelree.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

Howk, J.—Appellant's assignment of errors in this action presents precisely the same questions, for our consideration and decision, as those which were considered by this court and decided in the case of *The Town of Brazil* v. *Kress, ante,* p. 14, and for the reasons there given, this action must be decided in the same way that was decided.

Judgment reversed, at appellee's costs.

---

## The Town of Brazil v. McCoy.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

Biddle, J.—This cause is, in all respects, similar in principle to *The Town of Brazil* v. *Kress, ante,* p. 14. The judgment is therefore reversed, with costs, and the cause remanded, etc.

---

## The Town of Brazil v. Genter.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

Worden, C. J.—The judgment below in this cause is reversed, with costs, for the reasons given in the case of *The Town of Brazil* v. *Kress, ante,* p. 14.

---

## The Town of Brazil v. Johnson.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

Perkins, J.—The judgment below in this cause is reversed, on the authority of *The Town of Brazil* v. *Kress, ante,* p. 14, the same questions being involved in this, as in that, case.

Judgment is reversed, with costs, and cause remanded, etc.